### RAWLINS contᵃ ELLIOTT

Joshua Rawlins plaint. contᵃ Henry Elliot Defendᵗ in an action of the case for witholding an Jndian Squaw named Jane to the plaintˢ damage Fifteen pounds money &cᵃ according to Attachmᵗ. . . . [ 624 ] The Jury . . . found for the plaint. The Jndian Squaw Sued for Or Six pounds one Shilling money damage and costs of Court.

[ See case of Danson v. Elliot, above, p. 1086.]

### DANSON contᵃ ELLITT

George Danson plaint. contᵃ Henry Ellit Defendᵗ in an action of defamation according to attachmᵗ. . . . The Jury . . . found for the plaint. one hundred pounds money Or that the Defendᵗ do make such a publique acknowledgemᵗ in this Court of the wrong and Jnjury done by him to the plaint. as shalbee to the Satisfaction of this Court; and do deliver the same in writing under his hand: Also that hee do make the like acknowledgemᵗ at Stoningtown and do deliver a Certificate under the hands of mʳ Tho: Minor and Samuel Mason or any other of the Commissionʳˢ there of the performance thereof within two months from this time unto the plaint. and costs of Court.

[ See case of Danson v. Elliot, above, p. 1086.]